(Continued from Page 650)
## ROADS & HIGHWAYS (520)
**Bridges (520 B)**
Brown Co. Comm. v. Rule, Admx., 6 Abs. 651.

## SCHOOLS & SCHOOL DISTRICTS (530)
**Board of Education (530 B)**
Foster et v. State ex McFarland, 6 Abs. 651.

## TAXES (560)
**Inheritance Tax (560 I2)**
Tax Comm. v. Farmers Ln. & Tr. Co., 6 Abs. 663.
2A—2975—Law Abstract     11-2-28     Ed9

## TRIAL (590)
**Burden of Proof (590 B)**
Dietrich v. Peters, 6 Abs. 662.

**Charge of Court—Error in Charge—Prejudicial (590 Cc2)**
Protected Home Circle v. Pizza, 6 Abs. 659.

**Evidence—Book Accounts (590 E3i)**
Brink v. Berne, 6 Abs. 661.

**Evidence—Exhibits (590 E3k)**
Cincinnati Traction Co. v. Cocoran et, 6 Abs. 657.

**Judgments (590 J)**
See Personal Property (420 S) Brink v. Berne, 6 Abs. 661.

**New Trial—Error in Granting (590 Na)**
Brown Co. Comm. v. Rule, Admx., 6 Abs. 651.

**Remittitur (590 R2)**
Cleve. Ry. Co. v. Mueller, 6 Abs. 658.

**Verdicts—Excessive (590 V2a)**
Brown Co. Comm. v. Rule, Admx., 6 Abs. 651.
Cincinnati Traction Co. v. Cocoran et,. 6 Abs. 657.
Cleve. Ry. Co. v. Mueller, 6 Abs. 658.

**Verdicts—Directed (590 V2c)**
Bayer v. Gage, et., 6 Abs. 653.

**Weight of Evidence—Judgment should be reversed (590 W2a)**
Dietrich v. Peters, 6 Abs. 662.

# OFFICIAL SYLLABI
# Ohio Appeals

TAX COMMISSION v. FARMERS LOAN & TR. CO., Exr. etc.

Ohio Supreme Court.

No. 21072. Decided Oct. 31, 1928.

Error to Cuyahoga Appeals.

Judgment affirmed.

MARSHALL, CJ.,
TAXES.
  (560 I2)  Registered bonds of Ohio municipalities held by a person not a resident of Ohio at the time of his death, and which descend or are bequeathed to a person not a resident of Ohio, are not "within the state" within the meaning of Sections 5331 and 5332 of the General Code of Ohio, and are therefore not subject to the succession tax.
  Day, Allen, Robinson, Jones and Matthias, JJ., concur. Kinkade, J., concurs in the judgment of affirmance.